Nancy K. Swift (SBN: 014910)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: nswift@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| | No. 2:15-bk-11495 DPB |
| LELANI THERESA MCGLYNN a/k/a LEILANI T. PRIVETTE, | ORDER WITHDRAWING OBJECTION TO THE DEBTORS' CHAPTER 13 PLAN |
| Debtor(s). | |

This matter coming before this Court pursuant to notice of FORD MOTOR CREDIT COMPANY LLC, that it is withdrawing its previously filed Objection to the Debtors' Chapter 13 Plan, and the Court finding good cause, hereby orders as follows

IT IS HEREBY ORDERED that the Objection to the Debtors' Chapter 13 Plan found at Docket No. 25 is hereby withdrawn.

DATED this _____ day of _____, 2016.

_____
U.S. Bankruptcy Judge

F3068.2990 BN 19945474v1

| | |
|---|---|
| 1 | COPY of the foregoing mailed this 8th day of January, 2016, to: |
| 2 | |
| 3 | Lelani Theresa McGlynn<br>14983 W. Windward Ave.<br>Goodyear, Arizona 85395 |
| 4 | Debtor |
| 5 | Jennifer Marie McDonald<br>Dahlberg Law, PLLC |
| 6 | 2942 N. 24th St., Suite 102<br>Phoenix, Arizona 85016 |
| 7 | Attorney for Debtor |
| 8 | Edward J. Maney<br>101 N. First Ave., Suite 1775 |
| 9 | Phoenix, Arizona 85003<br>Trustee |
| 10 | |
| 11 | /s/ Cathy C. Bohnsack |

2

Case 2:15-bk-11495-DPC    Doc 37    Filed 01/08/16    Entered 01/08/16 15:36:19    Desc
F3068.2990 BN 19945474v1    Main Document    Page 2 of 2