# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LELANI THERESA MCGLYNN | | |
| **Case Number:** | 2:15-BK-11495-DPC | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 08, 2016 02:30 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

## *Matter:*

OBJECTION FILED BY JENNIFER MARIE MCDONALD OF DAHLBERG LAW, PLLC ON BEHALF OF LELANI THERESA MCGLYNN ).

**R / M #:**   39 / 0

## *Appearances:*

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
JENNIFER MARIE MCDONALD, ATTORNEY FOR LELANI THERESA MCGLYNN

## *Proceedings:*

Mr. Dudley advises the Trustee Plan Recommendation was filed on December 1, 2015 and the proposed dismissal order was lodged with the Court on January 6, 2016. On January 14, 2016, the Debtor submitted to the Trustee the Proposed Order Confirming the Chapter 13 Plan which was rejected. He advises the Debtor filed an Amended Schedule J on February 1, 2016, which has not been reviewed by the Trustee. At this time Mr. Dudley requests a 30 day continuance.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON MARCH 7, 2016, AT 2:30 P.M.

Case 2:15-bk-11495-DPC   Doc 45   Filed 02/08/16   Entered 02/09/16 11:17:20   Desc
Main Document    Page 1 of 1                                                02/09/2016  11:17:08AM